1  DANIEL J. BERGESON, State Bar No. 105439
   Dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  ALSTON & BIRD, LLP
   MICHAEL S. CONNOR
7  RICHARD M. McDERMOTT
   CHRISTOPHER S. RILEY
8  Bank of America Plaza
   101 S. Tryon Street, Suite 4000
9  Charlotte, NC 28280-4000
   Telephone: (704) 444-1045
10
   Appearing Specially for Defendant
11 VOLUMETRICS MEDICAL IMAGING, L.L.C.

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

| | |
|---|---|
| GE MEDICAL SYSTEMS, INC., a Delaware Corporation, GE MEDICAL SYSTEMS, L.L.C., a Delaware Company, GE HEALTHCARE LTD., a British Corporation, and GE MEDICAL SYSTEMS KRETZTECHNIK GMBH & CO. OHG, an Austrian Company<br><br>Plaintiffs,<br><br>vs.<br><br>VOLUMETRICS MEDICAL IMAGING, L.L.C., a Delaware Company<br><br>Defendant. | Case No. C06-04365 SI<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR VOLUMETRICS MEDICAL IMAGING, L.L.C.**<br>[N.D. CAL. CIVIL L. R. 6-2]<br><br>Complaint Filed: July 17, 2006 |

---

STIPULATION AND ORDER EXTENDING TIME FOR VOLUMETRICS MEDICAL IMAGING, L.L.C.
C06-04393 SI

1  **IT IS HEREBY STIPULATED** among the parties to the above-captioned action pursuant
2  to N.D.Cal. Civil L.R. 6-2 that defendant Volumetrics Medical Imaging, L.L.C. ("VMI") shall
3  have through and including December 15, 2006 to answer, move or otherwise respond to the
4  Complaint so as to give VMI's counsel adequate time to prepare an appropriate response thereto.
5  There have been no previous time modifications in this matter. The time modification
6  requested will not impact the Court's December 15, 2006 case management conference.
7  **SO STIPULATED.**
8  Dated: December 1, 2006

BERGESON, LLP

ALSTON & BIRD, LLP

By: _____
Donald P. Gagliardi
Appearing Specially for Defendant
VOLUMETRICS MEDICAL IMAGING, L.L.C.

McDERMOTT, WILL & EMERY

By: _____
Terrence P. McMahon
Vera M. Elson
Edwin H. Wheeler
Steven L. Walker
Attorneys for Plaintiff GE MEDICAL SYSTEMS,
INC., GE MEDICAL SYSTEMS, L.L.C., GE
HEALTHCARE LTD., and GE MEDICAL
SYSTEMS KRETZTECHNIK GMBH & CO. OHG

**SO ORDERED.**

Dated: December ____, 2006      By: _____
Judge Susan Illston
UNITED STATES DISTRICT JUDGE

-1-
STIPULATION AND ORDER EXTENDING TIME FOR VOLUMETRICS MEDICAL IMAGING, L.L.C.
C06-04393 SI