TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
VERA M. ELSON (State Bar No. 156327)
velson@mwe.com
EDWIN H. WHEELER (State Bar No. 189991)
ewheeler@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone:   650.813.5000
Facsimile:    650.813.5100

Attorneys for Plaintiffs

GE MEDICAL SYSTEMS, INC., GE MEDICAL SYSTEMS, L.L.C., GE HEALTHCARE LTD., and GE MEDICAL SYSTEMS KRETZTECHNIK GMBH & CO. OHG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GE MEDICAL SYSTEMS, INC., a Delaware Corporation, GE MEDICAL SYSTEMS, L.L.C., a Delaware Company, GE HEALTHCARE LTD., a British Corporation, and GE MEDICAL SYSTEMS KRETZTECHNIK GMBH & CO. OHG, an Austrian company,<br><br>Plaintiffs,<br>v.<br><br>VOLUMETRICS MEDICAL IMAGING, L.L.C., a Delaware Company.<br><br>Defendant. | Case No.  C 06-04365SI<br><br>**STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>DATE:   JUNE 8, 2007<br>TIME:    2:00 P.M.<br>COURTROOM:   10<br>JUDGE:  HON. SUSAN ILLSTON |

1.     The parties agree to continue the Case Management Conference in the above-entitled action until resolution of GE's pending motion to dismiss for lack of standing of a related patent case involving both GE and VMI before the District Court in the Middle District of North Carolina, Greensboro Division, Civil Action No: 1:05CV00955.

2. The parties agree to promptly notify the Court upon entry of an order granting or denying GE's pending motion to dismiss, at which time, the parties will respectfully request a further Case Management Conference to be held 45 days after entry of said order.

Dated: June 7, 2007

Respectfully Submitted,

GE Healthcare, Ltd.,
GE Medical Systems, Inc., and
GE Medical Systems, L.L.C.

By its attorneys,

/s/ Terrence P. McMahon
Terrence P. McMahon
Vera M. Elson
Edwin H. Wheeler
Steven L. Walker
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 813-5000

Dated: June 7, 2007

Respectfully Submitted,

Volumetrics Medical Imaging, L.L.C.

By its attorneys,

BERGESON, LLP

By: /s/ Donald P. Gagliardi
Donald P. Gagliardi
Bergeson, LLP
303 Almaden Blvd.
Suite 500
San Jose, CA 95110-2712

Appearing Specially for Defendant
VOLUMETRICS MEDICAL IMAGING, L.L.C.

1   It is so ordered.

4   Dated:_____

_____
United States District Judge Susan Illston

The case management conference has been continued to July 27, 2007.

**CERTIFICATION BY TERRENCE P. MCMAHON PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of McDermott Will & Emery LLP, counsel for plaintiffs GE Medical Systems, Inc., GE Medical Systems, LLC, GE Healthcare Ltd. and GE Medical Systems Kretztechnik GMBH & CO OHG. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct on June 7, 2007.

/s/   Terrence P. McMahon
Terrence P. McMahon

## CERTIFICATE OF SERVICE

I, Maria Collins, declare as follows:

I am employed in the County of Santa Clara, State of California. I am over the age of eighteen years and am not a party to this action. My business address is 3150 Porter Drive, Palo Alto, CA 94304, in said County and State. On June 7, 2007, I served the following document:

**STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the parties pursuant to the Stipulation Regarding Service Via E-Mail as follows:

<u>Volumetrics Medical Imaging, L.L.C</u>

jbracken@alston.com
mconnor@alston.com
rick.mcdermott@alston.com
ajames@alston.com
mkenny@alston.com
mkellogg@khhte.com
mhansen@khhte.com
jrozendaal@khhte.com
khuff@khhte.com

<u>Toshiba America Medical Systems, Inc.</u>

bunsowh@howrey.com
demoryd@howrey.com
duttonh@howrey.com
jmorrow@wcsr.com
tim.barber@wcsr.com

<u>Medison America, Inc.</u>

greg.holland@smithmoorelaw.com
jim.medford@smithmoorelaw.com
rick.coughlin@smithmoorelaw.com
lisa.shortt@smithmoorelaw.com

<u>Siemens Medical Solutions, USA, Inc.</u>

irving.brenner@hmw.com
jhohenthaner@kirkland.com
cmizzo@kirkland.com
jloy@kirkland.com
aheinz@kirkland.com

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on June 7, 2007, at Palo Alto, California.



/s/   Maria Collins
Maria Collins

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO