1   TERRENCE P. MCMAHON (State Bar No. 71910)
    tmcmahon@mwe.com
2   VERA M. ELSON (State Bar No. 156327)
    velson@mwe.com
3   EDWIN H. WHEELER (State Bar No. 189991)
    ewheeler@mwe.com
4   McDERMOTT WILL & EMERY LLP
5   3150 Porter Drive
    Palo Alto, CA 94304
6   Telephone:    650.813.5000
    Facsimile:    650.813.5100
7

8   Attorneys for Plaintiffs

9   GE MEDICAL SYSTEMS, INC., GE MEDICAL
    SYSTEMS, L.L.C., GE HEALTHCARE LTD., and
10  GE MEDICAL SYSTEMS KRETZTECHNIK
    GMBH & CO. OHG

11

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  GE MEDICAL SYSTEMS, INC., a Delaware Corporation, GE MEDICAL | Case No.  C 06-04365SI |
| 17  SYSTEMS, L.L.C., a Delaware Company, GE HEALTHCARE LTD., a British | |
| 18  Corporation, and GE MEDICAL SYSTEMS KRETZTECHNIK GMBH & | **STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| 19  CO. OHG, an Austrian company, | |
| 20             Plaintiffs,  v. | DATE:    OCTOBER 19, 2007 TIME:    2:30 P.M. |
| 21  VOLUMETRICS MEDICAL IMAGING, L.L.C., a Delaware Company. | COURTROOM:    10 JUDGE:  HON. SUSAN ILLSTON |
| 22 | |
| 23             Defendant. | |

24

25          1.      The parties agree to continue the Case Management Conference in the above-

26  entitled action until resolution of GE's pending motion to dismiss for lack of standing of a related

27  patent case involving both GE and VMI before the District Court in the Middle District of North

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1  Carolina, Greensboro Division, Civil Action No: 1:05CV00955. That motion has now been set

2  for hearing before Judge Tilley in Greensboro, North Carolina on October 23, 2007.

3       2.    The parties agree to promptly notify the Court upon entry of an order granting or

4  denying GE's pending motion to dismiss, at which time, the parties will respectfully request a

5  further Case Management Conference to be held 45 days after entry of said order.

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

Dated: October 9, 2007

Respectfully Submitted,

GE Healthcare, Ltd.,
GE Medical Systems, Inc., and
GE Medical Systems, L.L.C.

By its attorneys,

/s/   *Terrence P. McMahon*
Terrence P. McMahon
Vera M. Elson
Edwin H. Wheeler
Steven L. Walker
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 813-5000

Dated: October 9, 2007

Respectfully Submitted,

Volumetrics Medical Imaging, L.L.C.

By its attorneys,

BERGESON, LLP

By: /s/  *Donald P. Gagliardi*
Donald P. Gagliardi
Bergeson, LLP
303 Almaden Blvd.
Suite 500
San Jose, CA 95110-2712

Appearing Specially for Defendant
VOLUMETRICS MEDICAL IMAGING, L.L.C.

The case management conference has been continued to Friday,
December 14, 2007, at 2:30 p.m. (joint statuement due one week prior)

It is so ordered.

Dated:_____

United States District Judge Susan Illston

STIPULATION RE CONTINUANCE OF CMC
MPK 129646-1.030621.0048

- 3 -

CASE NO. C 06-04365SI

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

**CERTIFICATION BY TERRENCE P. MCMAHON PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.      I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of McDermott Will & Emery LLP, counsel for plaintiffs GE Medical Systems, Inc., GE Medical Systems, LLC, GE Healthcare Ltd. and GE Medical Systems Kretztechnik GMBH & CO OHG. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.      The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct on October 9, 2007

/s/  *Terrence P. McMahon*

Terrence P. McMahon

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION RE CONTINUANCE OF CMC
MPK 129646-1.030621.0048

- 4 -

CASE NO. C 06-04365SI

## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION
#### Civil Action No. C 06-04365SI

| | |
|---|---|
| VOLUMETRICS MEDICAL IMAGING, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> GE HEALTHCARE, LTD., GE MEDICAL SYSTEMS, INC., GE MEDICAL SYSTEMS, L.L.C., TOSHIBA AMERICA MEDICAL SYSTEMS, INC., MEDISON AMERICA, INC. and SIEMENS MEDICAL SOLUTIONS USA, INC., <br><br> Defendants. | **PROOF OF SERVICE** <br> **BY ELECTRONIC MAIL** |

I, Maria Collins, declare:

I am a resident of the State of California and over the age of 18 years, and not a party to the within action; my business address is 3150 Porter Drive, Palo Alto, CA 94304.  On the date set forth below, I served the within document(s):

**STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

 by electronically mailing a true and correct copy through McDermott, Will & Emery's electronic mail system at the e-mail addresses set forth below per written agreement of the parties.

**Volumetrics Medical Imaging, L.L.C.:**

kirk.bradley@alston.com
mike.connor@alston.com
cyndi.elliott@alston.com
stephen.hladik@alston.com
angela.james@alston.com
mike.kenny@alston.com
rick.mcdermott@alston.com
kevin.obrien@alston.com
anne.randall@alston.com

**Toshiba America Medical Systems, Inc.:**

bunsowh@howrey.com
demoryd@howrey.com
greinertm@howrey.com
duttonh@howrey.com
hockerm@howery.com
jmorrow@wcsr.com
tim.barber@wcsr.com

1

chris.riley@alston.com
karen.shadden@alston.com
debra.gleason@alston.com
lisa.bojko@alston.com
mkellogg@khhte.com
mhansen@khhte.com
khuff@khhte.com
sbenz@khhte.com
jrozendaal@khhte.com
jhall@khhte.com
jrichardson@khhte.com
mjoffre@khhte.com
rstern@khhte.com
lkelly@khhte.com
kfetterman@khhte.com
grapawy@khhte.com
czeender@khhte.com

**Medison America, Inc.:**

greg.holland@smithmoorelaw.com
jim.medford@ smithmoorelaw.com
rick.coughlin@ smithmoorelaw.com
lisa.shortt@ smithmoorelaw.com
william.abrams@bingham.com
raymis.kim@bingham.com
patrick.weston@bingham.com
ruby.wayne@bingham.com

**Siemens Medical Solutions, USA, Inc.:**

irving.brenner@hmw.com
jhohenthaner@kirkland.com
cmizzo@kirkland.com
jloy@kirkland.com
aheinz@kirkland.com
krobinson@kirkland.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 9, 2007, at Palo Alto, California.

/s/      Maria Collins
Maria Collins

MPK 133286-3.030621.0048

2