IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GE MEDICAL SYSTEMS, INC., a Delaware Corporation, GE MEDICAL SYSTEMS, L.L.C., a Delaware Company, GE HEALTHCARE, LTD., a British Corporation, and GE MEDICAL SYSTEMS KRETZTECHNIK GMBH & CO., OHG, an Austrian company,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLUMETRICS MEDICAL IMAGING, LLC., a Delaware Company,<br><br>Defendant. | CIVIL ACTION C 06-04365 SI<br><br>NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i) |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs GE Healthcare, Ltd., GE Medical Systems, Inc., GE Medical Systems LLC, and GE Medical Systems Kretztechnik GmbH & Co. OHG (collectively "GE"), by and through counsel, hereby dismiss all claims in this action against Defendant Volumetrics Medical Imaging, LLC with prejudice. In connection herewith, the parties stipulate that each party will bear its own costs, fees and expenses.

NOTICE OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

Case No. C 06-04365 SI

Respectfully submitted this 3rd day of March, 2008.



/s/ Terrence P. McMahon
Terrence P. McMahon
Vera M. Elson
Edwin H. Wheeler
Steven L. Walker
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

*Attorneys for Plaintiffs GE Healthcare, Ltd., GE Medical Systems, Inc., GE Medical Systems LLC, and GE Medical Systems Kretztechnik GmbH & Co. OHG*

NOTICE OF DISMISSAL WITH PREJUDICE                                    Case No. C 06-04365 SI
PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served via email to the following:

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

<u>Volumetrics Medical Imaging, L.L.C.:</u>
kirk.bradley@alston.com
mike.connor@alston.com
cyndi.elliott@alston.com
stephen.hladik@alston.com
mike.kenny@alston.com
rick.mcdermott@alston.com
anne.randall@alston.com
chris.riley@alston.com
karen.shadden@alston.com
debra.gleason@alston.com
lisa.bojko@alston.com
mkellogg@khhte.com
mhansen@khhte.com
khuff@khhte.com
sbenz@khhte.com
jrozendaal@khhte.com
jhall@khhte.com
jrichardson@khhte.com
mjoffre@khhte.com
rstern@khhte.com
lkelly@khhte.com
kfetterman@khhte.com
grapawy@khhte.com
czeender@khhte.com

<u>GE Healthcare, Ltd., GE Medical Systems, Inc., and GE Medical Systems, L.L.C.:</u>
ewheeler@mwe.com
velson@mwe.com
dfoster@mwe.com
swalker@mwe.com
kvingvenegas@mwe.com
tnation@mwe.com
cbright@mwe.com
rrepka@mwe.com
hbatts@mwe.com
mbandoma@mwe.com
ogillespie@mwe.com
jwester@rbh.com
lmoore@rbh.com

<u>Toshiba America Medical Systems, Inc.</u>:

bunsowh@howrey.com
demoryd@howrey.com
greinertm@howrey.com
hockerm@howrey.com
mooree@howrey.com
kasenenkop@howrey.com
jmorrow@wcsr.com
tim.barber@wcsr.com

<u>Medison America, Inc.</u>:
Greg.Holland@smithmoorelaw.com
Jim.Medford@smithmoorelaw.com
Rick.Coughlin@smithmoorelaw.com
Lisa.Shortt@smithmoorelaw.com
william.abrams@bingham.com
raymis.kim@bingham.com
patrick.weston@bingham.com
ruby.wayne@bingham.com

<u>Siemens Medical Solutions, USA, Inc.</u>:

irving.brenner@hmw.com
jhohenthaner@kirkland.com
cmizzo@kirkland.com
aheinz@kirkland.com
krobinson@kirkland.com

This 3rd day of March, 2008.

/s/ Maria Collins
Maria Collins

MPK 139253-1.030621.0048

NOTICE OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

Case No. C 06-04365 SI